**Judy WANG, Plaintiff–Appellant**

v.

**PRUDENTIAL FINANCIAL CORPORATION; Prudential Insurance Company of America, doing business as Prudential Insurance Company; Richard Treta, Defendants–Appellees.**

No. 07–10534
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 26, 2008.

Judy Wang, Fort Worth, TX, pro se.

---

Thomas Edward Reddin, Winstead PC, Dallas, TX, David Fowler Johnson, Winstead PC, Fort Worth, TX, for Defendants–Appellees.

Before HIGGINBOTHAM, STEWART, and ELROD, Circuit Judges.

PER CURIAM: *

Having reviewed the district courts' decisions,[1] the parties' briefs, and the record on appeal, we find no reversible error and accordingly AFFIRM.

Kevin Watley, for Respondent–Appellant.

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. See Judy Wang v. Prudential Fin. Corp., No. 3:05–CV–2091B, 2007 WL 1186556 (N.D.Tex. Apr.20, 2007); Judy Wang v. Prudential Fin. Corp., No. 3:05–CV–2091–B, 2006 WL 3702642 (N.D.Tex. Dec.13, 2006); Judy Wang

v. Prudential Fin. Corp., No. 3:05–CV–2091–H, 2006 WL 1489427 (N.D.Tex. May 25, 2006).

